**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LUIS E. M. C., | |
| Petitioner, | Civil No. 26-333 (JRT/DTS) |
| v. | |
| PAMELA BONDI, *Attorney General of the United States*; | |
| KRISTI NOEM, *Secretary, United States Department of Homeland Security*; | |
| TODD LYONS, *Acting Director of the United States Immigration and Customs Enforcement*; | **ORDER** |
| DAVID EASTERWOOD, *Acting Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement*; | |
| Respondents. | |

On January 15, 2026, Petitioner Luis E. M. C. filed a Petition for a Writ of Habeas Corpus (Docket No. 1) as well as a Motion for Order to Show Cause (Docket No. 2). The Court will order Respondents to file their response to the habeas petition by January 19, 2026. Petitioner shall file any reply by January 21, 2026. Furthermore, the Court will order that Petitioner not be removed from the District of Minnesota prior to the conclusion of this matter. The Court will deny the Motion for Order to Show Cause as moot.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]). Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Luis E. M. C. by no later than **January 19, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Avila v. Bondi*, Civ. No. 25-3741, 2025 WL 2976539 (D. Minn. Oct. 21, 2025).

4. Petitioner should inform the Court by no later than 24 hours after Respondents' answer of an intent to file a reply. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **January 21, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

5. Petitioner's Motion for Order to Show Cause (Docket No. [2]) is **DENIED as moot**.

DATED: January 15, 2026
at Minneapolis, Minnesota.

                                      JOHN R. TUNHEIM
                                  United States District Judge