**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Luis Efran Morocho Calle

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00333-JRT-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's Petition for Writ of Habeas Corpus has been GRANTED.

Date: 1/28/2026

KATE M. FOGARTY, CLERK